IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 6/21/10*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>EARL A. JOSEPH,<br><br>    Defendant. | NO. C-08-04607-RMW<br>Related Criminal Case: CR-00-20217<br><br>ORDER REQUIRING RESPONSE |

Movant Earl Joseph filed a motion on October 2, 2008 pursuant to 28 U.S.C. § 2255 seeking to vacate his conviction and sentence. The Clerk sent notice of the filing of the motion to the United States Attorney on October 3, 2008.

Pursuant to Rule 5 of the Rules Governing Section 2255 Proceedings, the government is hereby ordered to file a response by August 27, 2010 unless the government's response is going to be a motion to dismiss on the basis that movant's filing was not timely. If the government is going to raise a timeliness issue, the government's motion must be filed by July 23, 2010. Since this matter has been pending for some time, the government is requested to avoid requesting an extension of the due date on its answer, if possible.

DATED: 6/21/10

*Ronald M Whyte*
_____
RONALD M. WHYTE
United States District Judge

Copy of Order Mailed on 6/21/10:

**Earl Joseph**
#10583-097 FCI
Federal Correction Institution
PO Box 5700
Adelanto, CA 92301

*Pro Se Plaintiff*

BY: */s/ JG*
Judge Whyte's Chambers

ORDER REQUIRING RESPONSE
No.  C-08-04607-RMW