***E-FILED - 6/23/11***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff/Respondent,<br><br>    v.<br><br>EARL A. JOSEPH,<br><br>                    Defendant/Movant. | NO. C-08-04607-RMW<br>Related Criminal Case: CR-00-20217<br><br>ORDER REQUIRING REPLY TO OPPOSITION TO MOTION TO DISMISS OR FOR ESTIMATE OF TIME NEEDED FOR BRIEFING ON MERITS |

On June 2, 2011 the court received correspondence from Earl Joseph asking about the status of his motion pursuant to 28 U.S.C. § 2255 filed on October 2, 2008. In that correspondence he mentions a reply brief he filed on September 3, 2010 to the government's motion to dismiss the § 2255 motion as untimely. The court's docket did not reflect that such a reply brief had been filed. However, Joseph produced an endorsed filed copy on June 21, 2011 and the reply has now been docketed as having been received and filed on September 3, 2010. The undersigned first saw the reply brief on June 21, 2011 and now orders the government to respond to Joseph's equitable tolling argument by July

15, 2011. If the government does not contest equitable tolling, it should so advise the court and should further indicate how much time it needs to respond to the merits of Joseph's § 2255 motion.

DATED: 6/22/11

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER REQUIRING RESPONSE
No. C-08-04607-RMW

2

Copy of Order Mailed on __6/23/11__ to:

Earl A. Joseph
Reg. # 10583-097
Federal Correctional Complex
P.O. Box 5300
Adelanto, CA 92301

Jeff Nedrow
Deputy Branch Chief
U.S. Attorney's Office
150 Almaden Blvd., Suite 900
San Jose, CA 95113-2009

Joseph Fazioli
Assistant U.S. Attorney
U.S. Attorney's Office
150 Almaden Blvd., Suite 900
San Jose, CA 95113-2009

ORDER REQUIRING RESPONSE
No.  C-08-04607-RMW

3