*E-FILED - 8/3/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | NO. C-08-04607-RMW |
|---|---|
| Plaintiff, | Related Criminal Case: CR-00-20217 |
| v. | Order Granting Government's Request to Extend Time to Respond |
| EARL A. JOSEPH, | |
| Defendant. | |

For good cause, the government is given until November 12, 2011 to respond on the merits to Earl Joseph's motion. The government has withdrawn its motion to dismiss Joseph's motion as untimely.

DATED: 8/2/11

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

ORDER EXTENDING TIME TO RESPOND
No.  C-08-04607-RMW

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

  v.

EARL JOSEPH et al,

        Defendant.

Case Number: CV08-04607 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 3, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Earl Joseph #10583-097 FCI
Federal Correction Institution
PO Box 5700
Adelanto, CA 92301

Joseph A. Fazioli
U.S. Attorney's Office
150 South Almaden Boulevard
Suite 900
San Jose, CA 95113

Dated: August 3, 2011

                          Richard W. Wieking, Clerk
                          By: Jackie Lynn Garcia, Deputy Clerk